UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAMES LAWSON,

    Plaintiff,

CASE NO: 5:16-CV-61-XR

vs.

TVDJBC, L.L.C.
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, James Lawson, and Defendant, TVDJBC, L.L.C, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. All parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

Dated this 17th day of May 2016.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Richard G. Garza |
| Schwartz Roller & Zwilling | Jackson Walker L.L.P. |
| 600 Vestavia Parkway, Suite 251 | 112 E. Pecan, Suite 2400 |
| Birmingham, Alabama, 35216 | San Antonio, TX 78205 |
| Telephone: (205) 822-2701 | Telephone: (210) 978-7700 |
| Facsimile: (205) 822-2702 | Facsimile: (210) 242-4606 |
| Email: ezwilling@szalaw.com | Email: rgarza@jw.com |
| | |
| By: */s/ Edward I. Zwilling* | By: */s/ Richard G. Garza* |
|     Edward I. Zwilling |     Richard G. Garza |